IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ALAN COLE ONSTAD                                                                                               PLAINTIFF

v.                                              Case No. 6:21-cv-06105

AGENT ROY BETHELL, Group 6 Narcotics
Unit; STEPHEN L. SHIRRON, Prosecuting
Attorney; JUDGE CHRIS E. WILLIAMS,
Hot Springs County Circuit Court; JOHN
AND JANE DOE DEFENDANTS, Involved
in the Seizure and Failure to Return Seized
United States Currency; and GREG CRAINE,
Public Defender                                                                                              DEFENDANTS

**ORDER**

Now before the Court is the Report and Recommendation filed August 30, 2021, by the Honorable Mark E. Ford, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Ford recommended that Plaintiff's claims against Defendant Greg Craine be dismissed, Plaintiff's individual capacity claims for damages against Defendants Stephen Shirron and Judge Chris Williams be dismissed, and that the official capacity claims against Defendants Shirron and Judge Williams be dismissed. Judge Ford also recommended that this matter be stayed and administratively terminated with respect to the remaining claims and Defendants, pursuant to *Younger v. Harris*, 401 U.S. 37 (1971). Specifically, Judge Ford recommended that this matter be stayed with respect to Plaintiff's claims against Defendant Roy Bethell, Plaintiff's individual capacity claims for injunctive relief against Defendants Shirron and Judge Williams, and Plaintiff's claims against the John and Jane Doe Defendants.

1

Plaintiff filed his objections to the Report and Recommendation and requested that this matter be sent back to Judge Ford for reconsideration. (ECF No. 9). This matter is now ready for consideration. *See* 28 U.S.C. § 636(b)(1).

Upon review, Plaintiff's objections do not raise any new issues of law or fact that require the Court to deviate from the report. Therefore, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*, and Plaintiff's motion for reconsideration is **DENIED**. Accordingly, it is **ORDERED** that:

(1) Plaintiff's claims against Greg Craine are **DISMISSED WITHOUT PREJUDICE**;

(2) Plaintiff's claims for damages against both Stephen L. Shirron and Judge Chris E. Williams, in their individual capacities, are **DISMISSED WITHOUT PREJUDICE**;

(3) Plaintiff's claims against both Stephen L. Shirron and Judge Chris E. Williams, in their official capacities, are **DISMISSED WITHOUT PREJUDICE**; and

(4) this matter is stayed and administratively terminated with respect to the remaining claims and Defendants, pursuant to *Younger v. Harris*, 401 U.S. 37 (1971). Specifically, this matter is stayed with respect to Plaintiff's claims against Roy Bethell, Plaintiff's individual capacity claims for injunctive relief against Stephen L. Shirron and Judge Chris E. Williams, and Plaintiff's claims against the John and Jane Doe Defendants.

**IT IS SO ORDERED** this 13th day of September 2021.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**